UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHACHATUR VARDANYAN, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TESLA, INC., a Texas Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　　　　Defendant. | Case No.: CV 25-6481-DMG (SSCx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [23]** |

Upon review of the parties' stipulation [Doc. # 23], and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice.

DATED: December 30, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　Chief United States District Judge